

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of A.R.                          * From the 35th District
and B.N., children,                                 Court of Brown County,
                                                    Trial Court No. CV10-04-123.

No. 11-12-00266-CV                               * June 12, 2014

                                                 * Memorandum Opinion by Willson, J.
                                                    (Panel consists of: Wright, C.J.,
                                                    Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that there is no error in the order below.   Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.   The costs incurred by reason of this appeal are taxed against Gina Mize.